IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| STEVEN LEE FIELD, | ) | |
| | ) | |
| Plaintiff, | ) | CV 04-1524-HU |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL O. COULSON; JAMES E. SANDVIK; KRISTOPHER PAUL BARTER; BEAVERTON POLICE DEPARTMENT; PORTLAND POLICE BUREAU; TRI-MET TRANSIT AUTHORITY; CITY OF BEAVERTON; CITY OF PORTLAND, | ) ) ) ) ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

Magistrate Judge Dennis James Hubel filed his Findings and Recommendation on June 9, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the record de novo review. Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

1 - ORDER

1983). I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Hubel.

The City's motion to dismiss (#3) is granted.

IT IS SO ORDERED.

DATED this 5th day of July, 2005.

/s/ Owen M. Panner
_____
OWEN M. PANNER
U.S. DISTRICT COURT JUDGE